LANCE A. ETCHEVERRY (SBN 199916)
Lance.Etcheverry@skadden.com
CAROLINE VAN NESS (SBN 281675)
Caroline.VanNess@skadden.com
ASHLEY PHILLIPS (SBN 318397)
Ashley.Phillips@skadden.com
OSAMA ALKHAWAJA (SBN 334404)
Osama.Alkhawaja@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone:     (650) 470-4500
Facsimile:     (650) 470-4570

*Attorneys for Plaintiffs*
PACASO INC. and PAC 6 CA 2021 LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PACASO INC. and PAC 6 CA 2021 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF ST. HELENA; PLANNING & BUILDING DIRECTOR MAYA DEROSA; MAYOR GEOFF ELLSWORTH; CITY ATTORNEY ETHAN WALSH; and DOES 1-5,<br><br>Defendants. | Case No. 3:21-CV-02493-WHO<br><br>**(1) JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING PRE-TRIAL AND TRIAL DEADLINES PURSUANT TO CIVIL LOCAL RULE 6-2 and ORDER CONTINUING CASE MANAGEMENT CONFERENCE;**<br><br>**Contemporaneously Filed With:**<br><br>**(2) DECLARATION OF LANCE A. ETCHEVERRY IN SUPPORT THEREOF**<br><br>Judge:      Hon. William H. Orrick<br>Trial Date: July 11, 2022 |

1

JOINT STIPULATION AND [PROPOSED] ORDER FOR A CONTINUANCE
Case No. 3:21-cv-02493-WHO
83578.00112\34671119.1

This Stipulation is entered into by and among plaintiffs Pacaso Inc. and PAC 6 CA 2021 LLC ("Plaintiffs") and defendants The City of St. Helena, Planning & Building Director Maya DeRosa, Mayor Geoff Ellsworth, and City Attorney Ethan Walsh (collectively, "Defendants" and, with Plaintiffs, "the Parties"), by and through their respective counsel.

WHEREAS, Plaintiffs filed a complaint in the above-entitled action in the United States District Court, Northern District of California, on April 6, 2021 (the "Complaint");

WHEREAS, on April 9, 2021, the Action was assigned to the Honorable William H. Orrick, United States District Court Judge;

WHEREAS, on June 29, 2021, the Parties submitted a Joint Case Management Statement, which proposed preliminary deadlines for the pre-trial schedule in this action (Dkt. 32);

WHEREAS, on July 6, 2021, the Court held a Case Management Conference and thereafter issued Civil Minutes stating that ADR would not be ordered, but encouraging counsel to "discuss the best means and timing of ADR in advance of the next case management conference," which is scheduled for January 25, 2022, at 2:00 p.m. (Dkt. 35);

WHEREAS, the Court has issued a schedule for pre-trial and trial dates as follows (Dkt. 35):

**Fact discovery cutoff:** January 28, 2022

**Expert disclosure:** February 14, 2022

**Expert discovery cutoff:** March 11, 2022

**Dispositive Motions heard by:** April 20, 2022

**Pretrial Conference:** June 6, 2022 at 2:00 p.m.

**Trial:** July 11, 2022 at 8:30 a.m.

WHEREAS, the Parties have been actively engaged in written discovery and Plaintiffs and Defendants have served sets of Requests for Admission, Requests for Production of Documents and Special Interrogatories, and responses and objections thereto;

WHEREAS, the Parties have been engaged in meet and confer efforts to resolve certain disputes in connection with the Parties' written discovery;

WHEREAS, consistent with the Court's instruction, the Parties have entered into discussions to explore the possibility of resolving this matter, including telephonic discussions among counsel for the parties;

WHEREAS, the Parties have exchanged settlement proposals and have a preliminary understanding as to an overall framework that could be used to resolve the dispute;

WHEREAS, to further pursue resolution of this matter, the Parties have scheduled an in-person meeting on January 19, 2022, among counsel and the parties, which will include high-ranking officers of Pacaso and certain members of City Council;

WHEREAS, the Parties believe that, with the benefit of additional time and continued focus of the Parties, they will be able to better explore whether a final settlement can be reached;

WHEREAS, the Parties all agree that a continuance of the current pre-trial deadlines and trial is necessary to further engage in discovery, and to continue settlement discussions in an attempt to resolve this matter and promote judicial efficiency, and the Parties agree that they will not suffer any prejudice by the requested continuance;

WHEREAS, the Parties stipulate that good cause therefore exists for a continuance of all deadlines set forth in the Court's existing schedule for approximately six months, subject to the Court's availability.

THEREFORE, subject to Court approval, IT IS HEREBY STIPULATED AND AGREED as follows, that:

1. The deadline for the completion of fact discovery shall be continued from January 28, 2022, to July 28, 2022.

2. The deadline for the designation of expert witnesses shall be continued from February 14, 2022, to August 15, 2022.

3. The deadline for the completion of expert discovery shall be continued from March 11, 2022, to September 12, 2022.

4. The date by which dispositive motions are heard by shall be continued from April 20, 2022, to October 20, 2022.

3

5. The Pretrial Conference, which is currently scheduled for June 6, 2022, at 2:00 p.m., shall be continued to December 6, 2022, or the earliest date thereafter at the Court's convenience.

6. The trial, which is currently scheduled for July 11, 2022, at 8:30 a.m., shall be continued to January 11, 2023, or the earliest date thereafter at the Court's convenience.

Nothing herein shall be deemed to constitute a waiver of any rights, claims, defense, motion, or objections that a party may have or make with respect to the claims set forth in this action.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: January 7, 2022 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | */s/ Lance A. Etcheverry*<br>Lance A. Etcheverry<br>*Attorneys for Plaintiffs Pacaso Inc. and PAC 6 CA 2021 LLC* |
| Dated: January 7, 2022 | BEST BEST & KRIEGER LLP |
| | */s/ Damian M. Moos*<br>Damian M. Moos<br>*Attorneys for Defendants The City of St. Helena, Planning & Building Director Maya DeRosa, Mayor Geoff Ellsworth, and City Attorney Ethan Walsh* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED, as modified below.**

The date by which dispositive motions are heard by shall be continued from April 20, 2022, to **October 26, 2022.**

The Pretrial Conference, which is currently scheduled for June 6, 2022, at 2:00 p.m., shall be continued to **December 19, 2022 at 2 p.m.**

4

JOINT STIPULATION AND [PROPOSED] ORDER FOR A CONTINUANCE
Case No. 3:21-cv-02493-WHO
83578.00112\34671119.1

The trial, which is currently scheduled for July 11, 2022, at 8:30 a.m., shall be continued to **January 23, 2023 at 8:30 a.m.**

**The further Case Management Conference shall be continued from January 25, 2022 to May 31, 2022 at 2 p.m.  The Joint Case Management Conference Statement is due May 24, 2022.**

DATED:  January 10, 2022

_____
The Honorable William H. Orrick
United States District Court Judge

5

JOINT STIPULATION AND [PROPOSED] ORDER FOR A CONTINUANCE
Case No. 3:21-cv-02493-WHO
83578.00112\34671119.1

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Lance A. Etcheverry, attest that concurrence in the filing of this Joint Stipulation And [Proposed] Order Continuing Pre-Trial And Trial Deadlines Pursuant To Civil Local Rule 6-2 has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 7th day of January 2022, at Palo Alto, California.

                                        */s/ Lance A. Etcheverry*
                                        Lance A. Etcheverry

JOINT STIPULATION AND [PROPOSED] ORDER FOR A CONTINUANCE
Case No. 3:21-cv-02493-WHO
83578.00112\34671119.1