1  LANCE A. ETCHEVERRY (SBN 199916)
   Lance.Etcheverry@skadden.com
2  CAROLINE VAN NESS (SBN 281675)
   Caroline.VanNess@skadden.com
3  ASHLEY PHILLIPS (SBN 318397)
   Ashley.Phillips@skadden.com
4  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   525 University Avenue, Suite 1400
5  Palo Alto, California 94301
   Telephone:    (650) 470-4500
6  Facsimile:    (650) 470-4570

7  *Attorneys for Plaintiffs*
   PACASO INC., PAC 6 CA 2021 LLC, PAC 5 CA
8  2021 LLC, PAC 2 CA 2021 LLC, NAPA 120 LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PACASO INC., PAC 6 CA 2021 LLC, PAC 5 CA 2021 LLC, PAC 2 CA 2021 LLC, Napa 120 LLC, SIMON BULL and THE BULL FAMILY TRUST, TONY ATHANS, MARY ATHANS and THE ANTONY JOHN ATHANS REVOCABLE TRUST & MARY LIAPIS ATHANS REVOCABLE TRUST, CHAD AMMON, JONATHAN YOUNG and AMMON-YOUNG REVOCABLE TRUST, DATED 8/12/16, TAYLOR LOPEZ, CHELSEA LOPEZ, and WILLIAM TREVOR GILLESPIE,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF ST. HELENA; PLANNING & BUILDING DIRECTOR MAYA DEROSA; MAYOR GEOFF ELLSWORTH; CITY ATTORNEY ETHAN WALSH; and DOES 1-5,<br><br>Defendants. | Case No.: 3:21-CV-02493-WHO<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Trial Date:    January 8, 2024<br>Action Filed: April 6, 2021 |

1    TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that the following attorney is no longer counsel of record in this action, and is hereby withdrawn in the above-captioned case as counsel for Plaintiffs PACASO INC., PAC 6 CA 2021 LLC, PAC 5 CA 2021 LLC, PAC 2 CA 2021 LLC, NAPA 120 LLC ("Plaintiffs").

> Abraham A. Tabaie
> Skadden, Arps, Slate, Meagher & Flom LLP
> 525 University Ave.
> Palo Alto, CA 94301

Plaintiffs respectfully request that the above counsel be removed from all notification of any documents filed by or with this Court in the above-captioned case. All other counsel at Skadden, Arps, Slate, Meagher & Flom LLP who have appeared in this matter shall remain as counsel of record for Plaintiffs.

DATED: July 17, 2023                SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____*/s/ Lance A. Etcheverry*_____
LANCE A. ETCHEVERRY
Attorneys for Plaintiffs
PACASO INC., PAC 6 CA 2021 LLC, PAC 5 CA 2021 LLC, PAC 2 CA 2021 LLC, NAPA 120 LLC