UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACASO INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF ST. HELENA, et al., <br><br> Defendants. | Case No. 21-cv-02493-WHO <br><br> **ORDER OF DISMISSAL** <br><br> Re: Dkt. No. 79 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: February 14, 2024

WILLIAM H. ORRICK
United States District Judge